No. 960. DeJesus *v.* United States. C. A. 2d Cir. Certiorari denied. *Barry Golomb* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 962. Farace, Consul General of Italy, *v.* D'Amico. C. A. 2d Cir. Certiorari denied. *David A. Botwinik* for petitioner. *Harold Harper* for respondent.

No. 963. Schneider *v.* Rusk, Secretary of State. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Milton V. Freeman, Robert E. Herzstein, Horst Kurnik* and *Charles A. Reich* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for respondent.

No. 964. Sinclair Refining Co. *v.* Osborn. C. A. 4th Cir. Certiorari denied. *Milton Handler* and *David R. Owen* for petitioner. *John S. McDaniel, Jr., John W. Cable III* and *Calhoun Bond* for respondent.

No. 976. Gatlin et al. *v.* Mitchell, Secretary of Labor. C. A. 5th Cir. Certiorari denied. *J. C. Floyd* for petitioners. *Solicitor General Cox, Charles Donahue, Bessie Margolin* and *Jacob I. Karro* for respondent.

No. 992. Day-Brite Lighting, Inc., *v.* Sandee Manufacturing Co. C. A. 7th Cir. Certiorari denied. *Roy A. Lieder* and *Owen J. Ooms* for petitioner. *Charles B. Spangenberg* for respondent.